UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| MONEE YOUNG, | NOTICE OF WITHDRAWAL OF REQUEST FOR ASSIGNMENT TO MANHATTAN AND CONSENT TO ASSIGNMENT TO WHITE PLAINS |
| Plaintiff, | |
| -against- | |
| ACHIEVEMENT FIRST, INC., et al. | Case No. 7:20-cv-02576 |
| Defendants. | |

-------------------------------------------------------------------x

Plaintiff Monee Young, by and through undersigned counsel, hereby withdraws her Motion for Assignment to Manhattan (ECF Doc. 3) at this time. Defendants have stated in their Civil Cover Sheet that this action should be assigned to White Plains, and Plaintiff assumes at this time that Defendants have a factual basis for doing so, and Plaintiff accordingly consents to assignment to White Plains.

Dated: March 26, 2020
       New York, New York

Respectfully submitted,

KEENAN & BHATIA, LLC

By: ___/s/ E.E. Keenan_____
Edward (E.E.) Keenan
90 Broad Street, Suite 200
New York, NY  10004
Tel:  (917) 975-5278
ee@keenanfirm.com

*Attorney for Plaintiff Monee Young*

---

Application granted.

Clerk of the Court is instructed to terminate the notice (Doc. 4), as well as the motion (Doc. 3).

Dated: New York, New York
       April 6, 2020

SO ORDERED:

_____
Philip M. Halpern
United States District Judge

1

## AFFIRMATION OF SERVICE

    I affirm service of the foregoing by e-filing via CM/ECF, which will automatically transmit notice to all parties of record through their counsel contemporaneous with the date of filing.

          By: ___/s/ E.E. Keenan_____
          Attorney for Plaintiff