UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MONEE YOUNG,

                Plaintiff,

-against-

ACHIEVEMENT FIRST, INC.
ACHIEVEMENT FIRST BUSHWICK
ELEMENTARY SCHOOL; and
COURTNEY SARETZKY,

                Defendant.
----------------------------------------------------------------X

Case No. 7:20-cv-2576-GWG

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff MONEE YOUNG ("Plaintiff") and Defendants ACHIEVEMENT FIRST, INC., ACHIEVEMENT FIRST BUSHWICK ELEMENTARY SCHOOL, and COURTNEY SARETZKY ("Defendants") by their undersigned counsel of record, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's action is hereby dismissed in its entirety with prejudice, and with each party to bear his or its own costs and attorneys' fees.

Dated: New York, New York
           August 16, 2021

KEENAN & BHATIA, LLC

By _____
Edward (E.E.) Keenan
90 Broad Street, Suite 200
New York, NY 10004
(917) 975-5278
ee@keenanfirm.com
*Attorneys for Plaintiff*

GOLDBERG SEGALLA LLP

By _____
Joanne J. Romero, Esq.
711 Third Avenue, Suite 1900
New York, New York 10017-4014
646-292-8713
jromero@goldbergsegalla.com
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Gabriel W. Gorenstein
United States District Judge

Dated: August __, 2021

30654178.v1